RECEIVED & FILED

'09 AUG 26 P1 :24

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-06-12821 BAM |
| BAUMGARTNER, JILL ANNE | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor(s) | NOTICE OF UNCLAIMED FUNDS |

TO:     Clerk, United States Bankruptcy Court

FROM:   William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 2 | CACH, LLC<br>370 17th St., Ste. 5000<br>Denver, CO 80202 | | $ 423.41 |
| 3 | CACH, LLC<br>370 17th St., Ste. 5000<br>Denver, CO 80202 | | $ 84.49 |
| | Sub-Totals | $ 0.00 | $ 507.90 |
| | Total check | | $ 507.90 |

Date: _____

_____
Trustee William A. Leonard, Jr.

Note:   Claims that are $25.00 or less go into CAS 106000.
        Claims that are more than $25.00 to into CAS 613300.
        The amounts that are to be deposited into the registry can be written on one check.

*RECEIPT #192282   $507.90*